IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| GOWAN SEED COMPANY, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MOUZIN BROTHERS FARMS, LLC,<br><br>　　　　Defendant. | No. 2:23-cv-00431-MJD-JMS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, GOWAN SEED COMPANY, LLC, by counsel, Joseph A. Panatera and Bryan R. Findley of Cassiday Schade, LLP, and Rodney L Lewis of Polsinelli PC, and Defendant, MOUZIN BROTHERS FARMS, LLC, by counsel T. Graham Dycus of Hart Bell, LLC, jointly stipulate, pursuant to Fed. R. Civ. Pro 41(a)(1)(A)(ii), to the dismissal of this action, with prejudice, with each party to pay their own costs and attorneys' fees.

WHEREFORE, the parties stipulate to the dismissal of this case with prejudice.

Respectfully submitted,

| | |
|---|---|
| _/s/ Bryan R. Findley_ | _/s/ T. Graham Dycus_ (with permission) |
| Joseph A. Panatera (IN Bar No. 30251-64)<br>Bryan R. Findley (IN Bar No. 34447-30)<br>Cassiday Schade LLP<br>101 W. Ohio St., Ste. 1275<br>Indianapolis, IN 46204<br>Phone: (317) 613-2366<br>Fax: (317) 613-2399<br>Email: bfindley@cassiday.com;<br>jpanatera@cassiday.com<br><br>Rodney L. Lewis (admitted pro hac vice)<br>POLSINELLI PC<br>150 N. Riverside Plaza, Suite 3000<br>Chicago, Illinois 60606<br>Phone: (312) 819-1900 | T. Graham Dycus (IN Bar No. 27820-49)<br>Hart Bell, LLC<br>513 Main Street<br>Vincennes, IN 47591<br>Telephone: (812) 882-8935<br>Fax: (812) 882-5186<br>Email: gdycus@hartbell.com |

Fax: (312) 803-2037
Email: rodneylewis@polsinelli.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 24th day of May 2024, a true and accurate copy of the above document was filed and served upon all parties of record via the Court's CM/ECF filing system.

        By: */s/ Bryan R. Findley*