UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| GOWAN SEED COMPANY, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   No. 2:23-cv-00431-MJD-JMS ) |
| MOUZIN BROTHERS FARMS, LLC, | ) ) |
| Defendant. | ) |

**ORDER**

The parties having filed their Joint Stipulation of Dismissal with Prejudice, [Dkt. 48], the **Clerk is directed** to close this case.

SO ORDERED.

Dated: 28 MAY 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.